IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 3:97-CR-373-H(07) |
| | * | Criminal No. 3:01-CR-270-H |
| PAUL RAY WHITE, JR. | * | |

**O R D E R**

The request for additional time by counsel for Defendant White is GRANTED, and the supervised release revocation hearing scheduled for October 6, 2005 is POSTPONED to **9:30 A.M., Thursday, October 20, 2005.**

SO ORDERED.

DATED: October 5, 2005

_____
**BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**